**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BOBBY NEAL LOTT, | ) | No. CV 96-3122-TJH(CW) |
| Petitioner, | ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES |
| v. | ) ) | MAGISTRATE JUDGE |
| LARRY WITEK (Warden), | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made. The court accepts the findings and recommendation of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: May 9, 2013

_____
TERRY J. HATTER, JR.
United States District Judge