**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BOBBY NEAL LOTT, | ) | No. CV 96-3122-TJH(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LARRY WITEK (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: May 9, 2013

TERRY J. HATTER, JR.
United States District Judge